UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-51 |
| | § | |
| BIKERS HOUSE BAR AND GRILLE, LLC; dba | § | |
| BIKER'S HOUSE BAR & GRILL; dba BIKER'S | § | |
| HOUSE BY GRANDPA'S BBQ, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **ORDER**

On October 3, 2019, the United States Magistrate Judge issued a Report and Recommendation (Doc. 23) recommending that Plaintiff J&J Sports Productions, Inc.'s Motion for Final Default Judgment (Doc. 14) should be granted. No party objected to the Report and Recommendation. After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 23). Accordingly, it is:

**ORDERED** that the Motion for Final Default Judgment (Doc. 14) is **GRANTED**;

**ORDERED** that judgment is entered in favor of J&J Sports Productions, Inc. and against Bikers House Bar and Grille, LLC, Aaron Garza and Filiberto Garza, Jr., for $13,200, which includes statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) of $6,000, willfulness damages under 47 U.S.C. § 605(e)(3)(C)(ii) of $6,000, and reasonable and necessary attorney's fees under 47 U.S.C. § 605(e)(3)(B)(iii) of $1,200;

**ORDERED** that J&J Sports Productions, Inc. is entitled to recovery of post judgment interest at the applicable rate, under 28 U.S.C. § 1961(a); and

**ORDERED** that Bikers House Bar and Grille, LLC, Aaron Garza and Filiberto Garza, Jr. are jointly and severally liable for the entire amount of the judgment.

The Court will issue a Final Default Judgment in accordance with this Order.

SIGNED this 22nd day of October, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge